IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>Plaintiff/<br>Counterclaim Defendant,<br><br>v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife,<br><br>Defendants/<br>Counterclaim Plaintiffs/<br>Third-Party Plaintiffs,<br><br>v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>Third-Party Defendants. | Case No. 12-cv-01503<br><br>**VERIFICATION OF RECORDS AND PROCEEDINGS IN STATE COURT** |

I, Paul E. Brain, state and declare as follows:

1.  I am counsel of record for Defendant Kawish LLC in the above-captioned action and I am authorized to make this Verification on its behalf.

2.  I hereby verify that attached hereto is a true and correct copy of the complete the Superior Court of Washington in and for the County of King, Case No. 12-2-16763-0 SEA, prior to the filing of removal pleadings on September 5, 2012, as follows:

VERIFICATION OF RECORDS AND PROCEEDINGS IN
STATE COURT – Page 1

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

| Docket No. | Filing Date | Document Title |
|---|---|---|
| | | Docket |
| 1. | 5/10/12 | Complaint for: (a) Foreclosure of a Deed of Trust; and (b) Money Due |
| 2. | 5/10/12 | **Order Setting Civil Case Schedule** |
| 3. | 5/10/12 | Case Information Cover Sheet |
| 4. | 5/10/12 | Summons |
| 5. | 5/10/12 | Exhibits to Complaint |
| 6. | 5/14/12 | Notice of Hearing |
| 7. | 5/14/12 | Motion to Change Case Area Designation |
| 8. | 5/21/12 | **Order to Change Case Area Designation** |
| 9. | 5/23/12 | Declaration of Service (re Kawish LLC) |
| 10. | 6/5/12 | Notice of Appearance (re Kawish LLC only) |
| 11. | 6/19/12 | Notice of Filing Notice of Removal of Civil Action to the United States District Court for the Western District of Washington |
| 12. | 6/20/12 | Affidavit of Service (re Blixseth) |
| 13. | 7/31/12 | Overlook Partners LLC's Motion for Temporary Restraining Order and Preliminary Injunction to Restrain Foreclosure Sale – Without Notice Pursuant to FRCP 65(b)(1) |
| 14. | 7/31/12 | Declaration of David S. Kerruish in Support of Temporary Restraining Order Restraining Foreclosure Sale and Requesting Preliminary Injunction Hearing |
| 15. | 7/31/12 | Affidavit of Paul E. Brain |
| 16. | 7/31/12 | Note for Motion Docket |
| 17. | 7/31/12 | **Temporary Restraining Order Restraining Foreclosure Sale and Setting Hearing** |
| 18. | 7/31/12 | **Clerk's Minutes** |
| 19. | 8/1/12 | Notice of Order Granting Motion to Remand Issued by the United States District Court, Western District of Washington, Seattle |
| 20. | 8/1/12 | Summons |
| 21. | 8/1/12 | Notice Regarding Military Service |
| 22. | 8/2/12 | Cash Bond |
| 22A | 8/2/12 | Notice of Deposit of Cash as Bond – Security Posting for Temporary Restraining Order |

| Docket No. | Filing Date | Document Title |
|---|---|---|
| 23. | 8/3/12 | **Letter to reinstate case** |
| 24. | 8/3/12 | Defendants' Amended Answer, Affirmative Defenses and Counterclaim and Third-Party Complaint |
| 25. | 8/3/12 | Notice of Orders Admitting Counsel Pro Hac Vice Entered by the United States District Court, Western District of Washington, at Seattle |
| 26. | 8/3/12 | Motion for Limited Admission Pursuant to APR 8(b) (Pro Hac Vice) (Gunderson) |
| 27. | 8/3/12 | Notice for Hearing (Gunderson) |
| 28. | 8/3/12 | Motion for Limited Admission Pursuant to APR 8(b) (Pro Hac Vice) (Sweet) |
| 29. | 8/3/12 | Notice for Hearing (Sweet) |
| 30. | 8/3/12 | Declaration of Mailing |
| 31. | 8/3/12 | Defendants' Joinder in Support of Overlook Partners LLC's Motion for Temporary Restraining Order and Preliminary Injunction to Restrain Foreclosure Sale – Without Notice Pursuant to FRCP 65(b)(1) |
| 32. | 8/6/12 | 395 Lampe LLC's Motion to Stay Discovery |
| 33. | 8/6/12 | Declaration of Jody M. McCormick in Support of: (A) Motion to Stay Discovery; and (B) Motion to Shorten Time |
| 34. | 8/6/12 | Notice for Hearing (re Stay Motion) |
| 35. | 8/6/12 | Motion to Shorten Time |
| 36. | 8/6/12 | Notice for Hearing (re Shorten Time) |
| 37. | 8/6/12 | Declaration of Mailing |
| 38. | 8/7/12 | Supplemental Declaration of Jody M. McCormick in Support of Motion to Shorten Time |
| 39. | 8/7/12 | Notice of Hearing (re Shorten Time) |
| 40. | 8/7/12 | Defendants' Motion for Order Shortening Time |
| 41. | 8/7/12 | Declaration of Paul E. Brain in Support of Defendants' Motion for Order Shortening Time |
| 42. | 8/7/12 | Notice of Hearing (re Sanctions) |
| 43. | 8/7/12 | Defendants' Motion for Sanctions |
| 44. | 8/7/12 | Defendants' Motion for Sanctions |

VERIFICATION OF RECORDS AND PROCEEDINGS IN STATE COURT – Page 3

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

| Docket No. | Filing Date | Document Title |
|---|---|---|
| 45. | 8/7/12 | Notice of Unavailability |
| 46. | 8/7/12 | Defendants' Response to 395 Lampe LLC's Motion to Stay Discovery |
| 47. | 8/7/12 | Declaration of Paul E. Brain (re Stay) |
| 48. | 8/7/12 | Declaration of Paul E. Brain in Support of Defendants' Motion for Sanctions |
| 49. | 8/7/12 | 395 Lampe LLC's Reply in Support of Motion to Stay Discovery |
| 50. | 8/7/12 | 395 Lampe LLC's Response to Motion for Sanctions |
| 51. | 8/7/12 | Declaration of Jody M. McCormick in Response to Motion for Sanctions |
| 52. | 8/7/12 | Declaration of Delivery |
| 53. | 8/7/12 | Motion to Disqualify Counsel of Record for Overlook Partners, LLC |
| 54. | 8/7/12 | Declaration of Austin K. Sweet in Support of Motion to Disqualify Counsel of Record for Overlook Partners LLC |
| 55. | 8/7/12 | Notice of Hearing re Disqualification |
| 56. | 8/8/12 | Defendants' Notice of Errata Regarding Defendants' Response to 395 Lampe LLC's Motion to Stay Discovery |
| 57. | 8/8/12 | Defendants' Reply in Support of Motion for Sanctions |
| 58. | 8/8/12 | Supplemental Declaration of Paul E. Brain in Support of Defendants' Motion for Sanctions |
| 59. | 8/9/12 | Overlook Partners LLC's Notice of Presentation – New Hearing Date |
| 60. | 8/9/12 | Notice of Hearing re Presentation |
| 61. | 8/9/12 | Notice for Hearing re Injunction |
| 62. | 8/9/12 | Declaration of Patrick Fox |
| 63. | 8/9/12 | Notice of Order Awarding Fees Re: Motion to Remand Entered by the United States District Court, Western District of Washington, Seattle |
| 64. | 8/9/12 | **Order Rescheduling Hearing on Preliminary Injunction** |
| 65. | 8/10/12 | **Order Shortening Time** |
| 66. | 8/10/12 | **Order Granting Defendants' Motion for Order Shortening Time** |

VERIFICATION OF RECORDS AND PROCEEDINGS IN
STATE COURT – Page 4

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

| Docket No. | Filing Date | Document Title |
|---|---|---|
| 67. | 8/10/12 | **Order Denying Motion to Temporarily Staying Discovery, Quashing Subpoena Based Upon Procedural Objections; Granting Permission For Re-Service** |
| 68. | 8/10/12 | **Order [Denying] Defendants' Motion for Sanctions** |
| 69. | 8/10/12 | [Amended] Motion to Disqualify Counsel of Record for Overlook Partners, LLC |
| 70. | 8/10/12 | Declaration of Austin K. Sweet in Support of Amended Motion to Disqualify Counsel of Record for Overlook Partners LLC |
| 71. | 8/10/12 | Amended Notice of Hearing re Disqualification |
| 72. | 8/10/12 | 395 Lampe's Opposition to Overlook Partners' Motion for Preliminary Injunction to Restrain Foreclosure Sale |
| 73. | 8/10/12 | Note for Motion Docket |
| 74. | 8/10/12 | Defendant Kawish LLC's Motion for Temporary Restraining Order and for Preliminary Injunction |
| 75. | 8/10/12 | Declaration of Timothy L. Blixseth |
| 76. | 8/13/12 | Defendant Kawish LLC's Notice of Errata Regarding Note for Motion Docket |
| 77. | 8/13/12 | Declaration of Austin K. Sweet in Support of Motion to Dismiss |
| 78. | 8/13/12 | Motion to Dismiss or Stay |
| 79. | 8/13/12 | Notice for Hearing |
| 80. | 8/14/12 | Declaration of Service (re The Blackstone Corporation) |
| 81. | 8/14/12 | Declaration of Service (re Overlook Partners LLC) |
| 82. | 8/14/12 | Declaration of Delivery |
| 83. | 8/14/12 | Declaration of Delivery |
| 84. | 8/15/12 | Defendant Timothy L. Blixseth's Reply in Support of Overlook Partners LLC's Motion for Preliminary Injunction |
| 85. | 8/15/12 | Declaration of Paul E. Brain in Support of Defendant Timothy L. Blixseth's Reply in Support of Overlook Partners LLC's Motion for Preliminary Injunction |
| 86. | 8/15/12 | Overlook Partners LLC's Response to Plaintiff's Motion for Disqualification of Counsel for Overlook Partners LLC |
| 87. | 8/15/12 | Declaration of David S. Kerruish in Response to Motion to Disqualify Counsel |

VERIFICATION OF RECORDS AND PROCEEDINGS IN
STATE COURT – Page 5

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

| Docket No. | Filing Date | Document Title |
|---|---|---|
| 88. | 8/15/12 | Overlook Partners LLC's Reply in Support of Motion for Preliminary Injunction |
| 89. | 8/15/12 | Reply Declaration of Paul E. Brain on Defendant Kawish LLC's Motion for Temporary Restraining Order -- Failure of The Blackstone Corporation to Timely Respond |
| 90. | 8/16/12 | Notice of Withdrawal |
| 91. | 8/16/12 | Notice of Appearance (The Blackstone Corporation) |
| 92. | 8/16/12 | Response of The Blackstone Corporation to Defendant Kawish LLC's Motion for Temporary Restraining Order and for Preliminary Injunction |
| 93. | 8/16/12 | Declaration of Jody M. McCormick in Support of The Blackstone Corporation's Response to Defendant Kawish LLC's Motion for Temporary Restraining Order and for Preliminary Injunction |
| 94. | 8/16/12 | Prim Trust's Opposition to Kawish LLC's Motion for Temporary Restraining Order |
| 95. | 8/16/12 | Supplemental Declaration of Jody M. McCormick in Support of The Blackstone Corporation's Response to Defendant Kawish LLC's Motion for Temporary Restraining Order and for Preliminary Injunction |
| 96. | 8/16/12 | GR 17 Certification (with Declaration of Service) |
| 97. | 8/17/12 | Reply in Support of Motion to Disqualify Counsel of Record for Overlook Partners LLC |
| 98. | 8/17/12 | **Order Continuing Hearing** |
| 99. | 8/17/12 | **Order for Limited Admission Pursuant to APR 8(b) (Pro Hac Vice) (Mark H. Gunderson)** |
| 100. | 8/17/12 | **Order for Limited Admission Pursuant to APR 8(b) (Pro Hac Vice) (Austin K. Sweet)** |
| 101. | 8/22/12 | Defendant Kawish LLC's Reply in Support of Motion for Temporary Restraining Order and for Preliminary Injunction |
| 102. | 8/22/12 | Declaration of Paul E. Brain in Support of Defendant Kawish LLC's Reply in Support of Motion for Temporary Restraining Order and for Preliminary Injunction |
| 103. | 8/22/12 | Declaration of Timothy L. Blixseth |
| 104. | 8/23/12 | Supplemental Declaration of Austin K. Sweet in Support of Opposition to Kawish LLC's Motion for Temporary Restraining Order |

| Docket No. | Filing Date | Document Title |
|---|---|---|
| 105. | 8/24/12 | **Clerk's Minutes** |
| 105A | 8/24/12 | **Amended Order Disqualifying Counsel of Record for Overlook Partners LLC** |
| 106. | 8/27/12 | **Clerk's Minutes** |
| 106A | 8/27/12 | **Clerk's Minutes** |
| 107. | 8/27/12 | **Order on Civil Motion** |
| 108. | 8/29/12 | Declaration of Mailing |
| 109. | 8/29/12 | Affidavit of ABC |
| 110. | 8/29/12 | Affidavit of ABC |
| 111. | 8/29/12 | Affidavit of ABC |
| 112. | 8/30/12 | Supplemental Declaration of Paul E. Brain in Support of Defendant Kawish LLC's Reply in Support of Motion for Temporary Restraining Order and for Preliminary Injunction |
| 113. | 8/30/12 | Notice for Hearing |
| 114. | 8/30/12 | Defendants' Motion for Authorization to Serve Third-Party Defendants Wayne L. Prim and Prim 1988 Revocable Trust by Mail |
| 115. | 8/30/12 | Affidavit of Paul E. Brain in Support of Defendants' Motion for Authorization to Serve Third-Party Defendants Wayne L. Prim and Prim 1988 Revocable Trust by Mail |
| 116. | 8/31/12 | **Order Denying Motion for Temporary Restraining Order** |
| 117. | 8/31/12 | **Clerk's Minutes** |
| 118. | 9/4/12 | **Notice of Remand from US District Court** |
| 119. | 9/4/12 | **Transcript of Remand from US District Court** |
| 120. | 9/4/12 | Notice of Filing of Bankruptcy by Kawish LLC |
| 121. | 9/5/12 | Notice of Filing Notice of Removal of Civil Action to the United States District Court for the Western District of Washington |

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

SIGNED this 13th day of September, 2012, at Tacoma, Washington.

_____
Paul E. Brain

VERIFICATION OF RECORDS AND PROCEEDINGS IN
STATE COURT – Page 8

**BRAIN LAW FIRM PLLC**
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

**CERTIFICATE OF SERVICE**

I hereby certify that I am a citizen of the United States of America and a resident of the State of Washington, am over the age of twenty-one years, am not a party to this action, and am competent to be a witness herein.

Pursuant to Fed. R. Civ. P. 5(b) and RCW 9A.72.085, I hereby certify that on the 13th day of September, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following

*Counsel for Plaintiff 395 Lampe LLC and Third-Party Defendant Prim 1988 Revocable Trust:*

Jody M. McCormick (jmm@witherspoonkelley.com; katel@witherspoonkelley.com)

*Counsel for Third-Party Defendants Wayne L. Prim and The Blackstone Corporation:*

Thomas Scott Linde (tomlinde@schweetlaw.com, maureenf@schweetlaw.com)

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

[none]

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 13th day of September, 2012, at Tacoma, Washington.

Paul E. Brain, WSBA #13438
Brain Law Firm PLLC
1119 Pacific Avenue, Suite 1200
Tacoma, WA 98402
Tel: 253-327-1019
Fax: 253-327-1021
Email: pbrain@paulbrainlaw.com

# King County Superior Court Docket

 

Courts Home  | Search Case Records                                      Search | Site Map | eService Center

Home | Summary Data & Reports | Resources & Links | Get Help

## Superior Court Case Summary

### About Dockets

**Court:** King Co Superior Ct
**Case Number:** 12-2-16763-0

| Sub | Docket Date | Docket Code | Docket Description | Misc Info |
|---|---|---|---|---|
| 1 | 05-10-2012 | COMPLAINT | Complaint | |
| 2 | 05-10-2012 | SET CASE SCHEDULE JDG0002 | Set Case Schedule Judge Cheryl Carey, Dept 2 | 10-07-2013ST |
| 3 | 05-10-2012 | CASE INFORMATION COVER SHEET LOCK | Case Information Cover Sheet Original Location - Kent | |
| 4 | 05-10-2012 | SUMMONS | Summons | |
| 5 | 05-10-2012 | AGREEMENT | Exhibits /loan Agreement | |
| 6 | 05-14-2012 | NOTICE OF HEARING | Notice Of Hearing /change Area | 05-21-2012 |
| 7 | 05-14-2012 | MOTION | Motion/pla/change Case Area Desig | |
| 8 | 05-23-2012 | ORDER CHANGING CASE ASSIGNMENT AREA LOCS4 | Order Changing Case Assignment Area Assignment Corrected To Seattle | |
| | | JDG0045 | Judge Jim Rogers, Dept 45 | |
| 9 | 05-23-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 10 | 06-05-2012 | NOTICE OF APPEARANCE | Notice Of Appearance /kawish | |
| 11 | 06-19-2012 | NOTIC FILING PET REMOVE TO US DISTR | Notic Filing Pet Remove To Us Distr Civil Action To Us Dist Court For | |
| | | | Western Washington/def | |
| 12 | 06-20-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 13 | 07-31-2012 | MOTION | Motion For Temp Restraining Ord/def | |
| 14 | 07-31-2012 | DECLARATION | Declaration Of David Kerruish | |
| 15 | 07-31-2012 | AFFIDAVIT | Affidavit Of Paul Brain | |

**About Dockets**

You are viewing the case docket or case summary. Each Court level uses different terminology for this information, but for all court levels, it is a list of activities or documents related to the case. District and municipal court dockets tend to include many case details, while superior court dockets limit themselves to official documents and orders related to the case.

If you are viewing a district municipal, or appellate court docket, you may be able to see future court appearances or calendar dates if there are any. Since superior courts generally calendar their caseloads on local systems, this search tool cannot display superior court calendaring information.

**Directions**
King Co Superior Ct
516 3rd Ave, Rm C-203
Seattle, WA 98104-2361
**Map & Directions**
206-296-9100 [Phone]
206-296-0986 [Fax]

**Visit Website**

| | | | | | |
|---|---|---|---|---|---|
| 16 | 07-31-2012 | NOTE FOR MOTION DOCKET-LATE FILING | Note For Motion Docket-late Filing | 07-31-2012 | **Disclaimer** |
| 17 | 07-31-2012 | TEMP RESTRAINING ORDER EXP0001 | Temp Restraining Order Re Sale Ex-parte, Dept | 08-17-2012 | **What is this website?** It is an index of cases filed in the municipal, district, superior, and appellate courts of the state of Washington. This index can point you to the official or complete court record. |
| 18 | 07-31-2012 | MOTION HEARING EXP0001 | Motion Hearing Ex-parte, Dept | | |
| - | 07-31-2012 | AUDIO LOG | Audio Log Dr W325-2 | | |
| 19 | 08-01-2012 | NOTICE | Notice Of Remand From Us Dist Crt | | |
| 20 | 08-01-2012 | SUMMONS | Summons | | |
| 21 | 08-01-2012 | NT RE: DEPENDENT OF MILITARY PERSON | Nt Re: Dependent Of Military Person | | |
| 22 | 08-02-2012 | BONDS RECEIVED | Bonds Received | 25000.00 | **How can I obtain the complete court record?** You can contact the court in which the case was filed to view the court record or to order copies of court records. |
| 22A | 08-02-2012 | NOTICE | Notice Of Deposit Of Cash | | |
| 23 | 08-03-2012 | CORRESPONDENCE | Correspondence Re Reinstate Case | | |
| 24 | 08-03-2012 | ANSWER AND THIRD PARTY COMPLAINT | Answer & 3rd Party Cmp /defs | | |
| - | 08-03-2012 | FILING FEE RECEIVED | Filing Fee Received | 240.00 | |
| 25 | 08-03-2012 | NOTICE | Notice Of Orders Admit Pro Hac Vice/federal Ct | | **How can I contact the court?** Click **here** for a court directory with information on how to contact every court in the state. |
| 26 | 08-03-2012 | MOTION | Mtn Fr Ltd Admission/j Mccormick | | |
| 27 | 08-03-2012 | NOTICE OF HEARING | Notice Of Hearing /lmtd Admission | 08-15-2012 | **Can I find the outcome of a case on this website?** No. You must consult the local or appeals court record. |
| 28 | 08-03-2012 | MOTION | Mtn Fr Ltd Admission/j Mccormick | | |
| 29 | 08-03-2012 | NOTICE OF HEARING | Notice Of Hearing /lmtd Admission | 08-15-2012 | |
| 30 | 08-03-2012 | DECLARATION OF MAILING | Declaration Of Mailing | | |
| 31 | 08-03-2012 | JOINDER | Joinder In Support Of Mtn/def | | **How do I verify the information contained in the index?** You must consult the court record to verify all information. |
| 32 | 08-06-2012 | MOTION | Motion For Consideration/ptf/cndft | | |
| 33 | 08-06-2012 | DECLARATION | Declaration Of Jody Mccormick | | |
| 34 | 08-06-2012 | NOTICE OF HEARING | Notice Of Hearing /stay Discovery | 08-07-2012 | **Can I use the index to find out someone's criminal record?** No. The Washington State Patrol (WSP) maintains state criminal history record information. Click **here** to order criminal history information. |
| 35 | 08-06-2012 | MOTION | Motion To Shorten Time/counter Def | | |
| 36 | 08-06-2012 | NOTICE OF HEARING | Notice Of Hearing /shorten Time | 08-07-2012 | |
| 37 | 08-06-2012 | DECLARATION OF MAILING | Declaration Of Mailing | | |
| 38 | 08-07-2012 | DECLARATION | Declaration Jody M. | | |

| | | | | |
|---|---|---|---|---|
| | | | Mccormick | |
| 39 | 08-07-2012 | NOTICE OF HEARING | Notice Of Hearing /shorten Time | 08-07-2012 |
| 40 | 08-07-2012 | MOTION | Motion For Order/def | |
| 41 | 08-07-2012 | DECLARATION | Declaration/paul E Brain | |
| 42 | 08-07-2012 | NOTICE OF HEARING | Notice Of Hearing /sanctions | 08-07-2012 |
| 43 | 08-07-2012 | MOTION | Motion Fr Sanctions/defs | |
| 44 | 08-07-2012 | MOTION | Motion Fr Sanctions/defs | |
| 45 | 08-07-2012 | NOTICE OF ABSENCE/UNAVAILABILITY | Notice Of Absence/unavailability | |
| 46 | 08-07-2012 | RESPONSE | Response To 395 Lampe Llc Motion To Stay Discovery/defs | |
| 47 | 08-07-2012 | DECLARATION | Declaration/paul E Brain | |
| 48 | 08-07-2012 | DECLARATION | Declaration/paul E Brain | |
| 49 | 08-07-2012 | REPLY | Reply In Suppt Of Mtn To Stay/pla | |
| 50 | 08-07-2012 | RESPONSE | Response To Mtn For Sanctions/pla | |
| 51 | 08-07-2012 | DECLARATION | Declaration Of Jody Mccormick | |
| 52 | 08-07-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 53 | 08-07-2012 | MOTION | Motion To Disqualify/pla | |
| 54 | 08-07-2012 | DECLARATION | Declaration Of Austin Sweet | |
| 55 | 08-07-2012 | NOTICE OF HEARING | Notice Of Hearing /disqualify Atty | 08-16-2012 |
| 56 | 08-08-2012 | NOTICE | Notice Of Errata/ Def | |
| 57 | 08-08-2012 | REPLY | Reply In Support Of Mtn Fr Sanctions/defs | |
| 58 | 08-08-2012 | DECLARATION | Declaration/paul E Brain/supplement | |
| 59 | 08-09-2012 | NOTICE OF PRESENTATION | Notice Of Presentation New Hrg Date | |
| 60 | 08-09-2012 | NOTICE OF HEARING | Notice Of Hearing /resched Hearing | 08-16-2012 |
| 61 | 08-09-2012 | NOTICE OF HEARING | Notice Of Hearing /prelim Injunctn | 08-31-2012 |
| 62 | 08-09-2012 | DECLARATION | Declaration Of Patrick Fox | |

**Where does the information in the index come from?**
Clerks at the municipal, district, superior, and appellate courts across the state enter information on the cases filed in their courts. The index is maintained by the Administrative Office of the Court for the State of Washington.

**Do the government agencies that provide the information for this site and maintain this site:**

- Guarantee that the information is accurate or complete? NO
- Guarantee that the information is in its most current form? NO
- Guarantee the identity of any person whose name appears on these pages? NO
- Assume any liability resulting from the release or use of the information? NO

| | | | | |
|---|---|---|---|---|
| 63 | 08-09-2012 | NOTICE | Notice Of Order/pla | |
| 64 | 08-09-2012 | ORDER OF CONTINUANCE | Order Of Continuance Prelim Inj | 08-17-2012 |
| 65 | 08-10-2012 | ORDER SHORTENING TIME | Order Shortening Time | |
| 66 | 08-10-2012 | ORDER SHORTENING TIME | Order Shortening Time | |
| 67 | 08-10-2012 | ORDER DENYING MOTION/PETITION | Order Denying Mtn To Stay Discovery Quash Subpoena & Grantng Re Service | |
| 68 | 08-10-2012 | ORDER DENYING MOTION/PETITION | Order Denying Motion For Sanctions | |
| 69 | 08-10-2012 | MOTION | Motion To Disqualify Counsel /3def | |
| 70 | 08-10-2012 | DECLARATION | Declaration/austin K Sweet | |
| 71 | 08-10-2012 | NOTICE OF HEARING | Notice Of Hearing /disqualify Atty | 08-20-2012 |
| 72 | 08-10-2012 | OBJECTION / OPPOSITION | Opposition To Overlook Partners/pla | |
| 73 | 08-10-2012 | NOTE FOR MOTION DOCKET-LATE FILING | Note For Motion Docket-late Filing | 08-16-2012 |
| 74 | 08-10-2012 | MOTION | Motion For Temp Restrain Ord /def | |
| 75 | 08-10-2012 | DECLARATION | Declaration/timothy L Blixseth | |
| 76 | 08-13-2012 | NOTE FOR MOTION DOCKET-LATE FILING | Note For Motion Docket-late Filing | 08-17-2012 |
| 77 | 08-13-2012 | DECLARATION | Declaration Of Austin K Sweet | |
| 78 | 08-13-2012 | MOTION TO DISMISS | Motion To Dismiss/pla/counter Def | |
| 79 | 08-13-2012 | NOTICE OF HEARING | Notice Of Hearing /dismiss | 09-07-2012 |
| 80 | 08-14-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 81 | 08-14-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 82 | 08-14-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 83 | 08-14-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 84 | 08-15-2012 | REPLY | Reply In Suppt Of Mtn For Prelim Injunction/timothy Blixseth | |
| 85 | 08-15-2012 | DECLARATION | Declaration Of Paul Brain | |
| 86 | 08-15-2012 | RESPONSE | Response To Mt For Disqualification Of Counsel/overlook Partners | |

| | | | | |
|---|---|---|---|---|
| 87 | 08-15-2012 | DECLARATION | Declaration Of David Kerruish | |
| 88 | 08-15-2012 | REPLY | Reply In Suppt Of Mtn For Prelim Injunction/overlook Partners | |
| 89 | 08-15-2012 | DECLARATION | Declaration Of Paul Brain | |
| 90 | 08-16-2012 | NOTICE OF WITHDRAWAL OF ATTORNEY | Notice Of Withdrawal Of Attorney | |
| 91 | 08-16-2012 | NOTICE OF APPEARANCE | Notice Of Appearance /395 Lampe | |
| 92 | 08-16-2012 | RESPONSE | Response Of The Blackstone Corp | |
| 93 | 08-16-2012 | DECLARATION | Declaration Of Jody Mccormick | |
| 94 | 08-16-2012 | OBJECTION / OPPOSITION | Oppos To Kawish Mt/prim Trust | |
| 95 | 08-16-2012 | DECLARATION | Declaration Of Jody Mccormick | |
| 96 | 08-16-2012 | CERTIFICATION | Certification /gr17 | |
| 97 | 08-17-2012 | REPLY | Reply In Suppt Of Mtn To Disqualify /395 Lampe | |
| 98 | 08-17-2012 | ORDER OF CONTINUANCE EXP0007 | Order Of Continuance Ex-parte, Dept. Seattle - Clerk | 08-27-2012 |
| 99 | 08-17-2012 | ORDER AUTHORIZING | Order Authorizing Pro Hac Vice /mark H Gunderson | |
| 100 | 08-17-2012 | ORDER AUTHORIZING | Order Authorizing Pro Hac Vice /austin K Sweet | |
| 101 | 08-22-2012 | REPLY | Reply Re Prelim Injunct/ Ded | |
| 102 | 08-22-2012 | DECLARATION | Declaration Of Paul Brain | |
| 103 | 08-22-2012 | DECLARATION | Declaration Of Timothy Blixseth | |
| 104 | 08-23-2012 | DECLARATION | Declaration Of Austin Sweet | |
| 105 | 08-24-2012 | HEARING CONTINUED: UNSPECIFIED EXP0001 | Hearing Continued: Unspecified Ex-parte, Dept | 08-27-2012 |
| - | 08-24-2012 | AUDIO LOG | Audio Log Dr W325-2 | |
| 105A | 08-24-2012 | ORDER | Order Disqualifyng Counsel Kerruish For Overlook | |
| 106 | 08-27-2012 | MOTION HEARING EXP0001 | Motion Hearing Ex-parte, Dept | |
| - | 08-27-2012 | AUDIO LOG | Audio Log Dr W 325-2 | |
| 106A | 08-27-2012 | MOTION HEARING | Motion Hearing | |

| | | | | |
|---|---|---|---|---|
| | | EXP0001 | Ex-parte, Dept | |
| - | 08-27-2012 | AUDIO LOG | Audio Log Dr W325-2 | |
| 107 | 08-27-2012 | ORDER OF CONTINUANCE EXP0001 | Order Of Continuance Hrg Ex-parte, Dept | 08-31-2012 |
| 108 | 08-29-2012 | DECLARATION OF MAILING | Declaration Of Mailing | |
| 109 | 08-29-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 110 | 08-29-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 111 | 08-29-2012 | AFFIDAVIT/DCLR/CERT OF SERVICE | Affidavit/dclr/cert Of Service | |
| 112 | 08-30-2012 | DECLARATION | Declaration Of Paul E. Brain | |
| 113 | 08-30-2012 | NOTICE OF HEARING ACTION | Notice Of Hearing Defs Mtn Fr Auth To Serve 3dfs | 09-10-2012 |
| 114 | 08-30-2012 | MOTION | Motion For Authroization/def | |
| 115 | 08-30-2012 | AFFIDAVIT | Affidavit Of Paul E. Brain | |
| 116 | 08-31-2012 | ORDER DENYING MOTION/PETITION | Order Denying Motion For Temporary Restraining Order | |
| 117 | 08-31-2012 | MOTION HEARING | Motion Hearing Cr Dana Butler/jim Stach | |
| | | JDG0045 | Judge Jim Rogers, Dept 45 | |
| 118 | 09-04-2012 | NOTICE | Notice Of Remand From Us Dist Court | |
| 119 | 09-04-2012 | TRANSCRIPT | Transcript Remand From Us Dist Crt Converted To File Exhibit | |
| 120 | 09-04-2012 | NOTICE OF STAY RE: BANKRUPTCY | Notice Of Stay Re: Bankruptcy As To Kawish | |
| 121 | 09-05-2012 | NOTIC FILING PET REMOVE TO US DISTR | Notic Filing Pet Remove To Us Distr | |