*The Honorable Jim Rogers*
Hearing Date: August 17, 2012
Hearing Time: 10:00 a.m.
With Oral Argument
Submitted by: Joining Party

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>Plaintiff/<br>Counterclaim Defendant,<br><br>v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife,<br><br>Defendants/<br>Counterclaim Plaintiffs/<br>Third-Party Plaintiffs,<br><br>v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>Third-Party Defendants. | Case No. 12-2-16763-0 SEA<br><br>**DEFENDANTS' JOINDER IN SUPPORT OF OVERLOOK PARTNERS LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO RESTRAIN FORECLOSURE SALE – WITHOUT NOTICE PURSUANT TO CR 65(B)(1)** |

Defendants join in Overlook Partners LLC's Motion for Temporary Restraining Order and Preliminary Injunction to Restrain Foreclosure Sale – Without Notice Pursuant to CR 65(b)(1).

DEFENDANTS' JOINDER IN SUPPORT OF OVERLOOK PARTNERS LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO RESTRAIN FORECLOSURE SALE – WITHOUT NOTICE PURSUANT TO CR 65(B)(1) – Page 1

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

DATED this 3rd day of August, 2012.

BRAIN LAW FIRM PLLC

By: _____
Paul E. Brain, WSBA #13438
Counsel for Defendants/Counterclaim Plaintiffs/
Third-Party Plaintiffs Kawish LLC and Timothy L. Blixseth

DEFENDANTS' JOINDER IN SUPPORT OF OVERLOOK PARTNERS LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO RESTRAIN FORECLOSURE SALE – WITHOUT NOTICE PURSUANT TO CR 65(B)(1) – Page 2

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021

# CERTIFICATE OF SERVICE

I hereby certify that I have this 3rd day of August, 2012, served a true and correct copy of the foregoing document upon counsel of record, via the methods noted below, properly addressed as follows:

**Counsel for Plaintiff 395 Lampe LLC:**

| | |
|---|---|
| Jody M. McCormick | ___ Hand Delivery |
| Witherspoon Kelley | _X_ U.S. Mail (first-class, postage prepaid) |
| 422 West Riverside Avenue, Suite 1100 | ___ Facsimile |
| Spokane, WA 99201 | ___ Email |

**Counsel for Plaintiff 395 Lampe LLC and Third-Party Defendant Wayne L. Prim:**

| | |
|---|---|
| Thomas S. Linde | ___ Hand Delivery |
| Schweet Rieke & Linde PLLC | _X_ U.S. Mail (first-class, postage prepaid) |
| 575 South Michigan Street | ___ Facsimile |
| Seattle, WA 98108 | ___ Email |

| | |
|---|---|
| Mark H. Gunderson | ___ Hand Delivery |
| Austin K. Sweet | _X_ U.S. Mail (first-class, postage prepaid) |
| Gunderson Law Firm | ___ Facsimile |
| 3895 Warren Way | ___ Email |
| Reno, NV 89509 | |

**Counsel for Overlook Partners LLC:**

| | |
|---|---|
| David S. Kerruish | ___ Hand Delivery |
| David S. Kerruish PS | ___ U.S. Mail (first-class, postage prepaid) |
| 7016 - 35th Avenue NE | ___ Facsimile |
| Seattle, WA 98115-5917 | _X_ Email |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 3rd day of August, 2012, at Tacoma, Washington.

*[signature]*

---

DEFENDANTS' JOINDER IN SUPPORT OF OVERLOOK PARTNERS LLC'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION TO RESTRAIN FORECLOSURE SALE – WITHOUT NOTICE PURSUANT TO CR 65(B)(1) – Page 3

BRAIN LAW FIRM PLLC
1119 PACIFIC AVENUE, SUITE 1200
TACOMA, WASHINGTON 98402
TEL: 253-327-1019 / FAX: 253-327-1021