THE HONORABLE RICHARD A. JONES

Thomas S. Linde
Schweet Rieke & Linde, PLLC
575 S. Michigan Street
Seattle, WA 98108
(206) 381-0125
tomlinde@schweetlaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>   Plaintiff/<br>   Counterclaim Defendant<br><br> v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH,<br><br>   Defendants/<br>   Counterclaim Plaintiff's/<br>   Third-Party Plaintiffs,<br><br> v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private Trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>   Third Party Defendants. | NO. 2:12-cv-01503-RAJ<br><br>THE BLACKSTONE CORPORATION'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT |

The following disclosures are made pursuant to Federal Rules of Civil Procedure 7.1:

CORPORATE DISCLOSURE STATEMENT- 1

**SCHWEET RIEKE & LINDE, PLLC**
575 S. MICHIGAN STREET
SEATTLE, WA 98108
P: *(206) 275-1010*  F: *(206) 381-0101*

1  Third-Party Defendant, The Blackstone Corporation, a Washington corporation, is
2  wholly owned by Witherspoon, Kelley, Davenport & Toole, P.S., a Washington professional
3  service corporation.  Accordingly, Witherspoon, Kelley, Davenport & Toole, P.S. is The
4  Blackstone Corporation's parent corporation.  No publicly held corporation owns 10% or more
5  of The Blackstone Corporation or Witherspoon, Kelley, Davenport Toole, P.S.

Respectfully submitted this 14th day of September, 2012.

SCHWEET RIEKE & LINDE, PLLC
Attorneys for Third Party Defendant
The Blackstone Corporation

By: /s/Thomas S. Linde
Thomas S. Linde, WSBA 14426

575 W. Michigan Street
Seattle, WA 98108
Telephone: (206) 275-1010
tomlinde@schweetlaw.com

CORPORATE DISCLOSURE
STATEMENT- 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th of September, 2012,

1. I caused to be electronically filed the foregoing FRCP 7.1 Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Paul E. Brain, Attorney for Plaintiff, Jody M. McCormick, Attorney for 395 Lampe, LLC,  Mark Gunderson, Attorney for 395 Lampe, LLC, Austin Sweet, Attorney for 395 Lampe LLC.**

2. I hereby certify that I have mailed by United States Postal Service the foregoing to the following non –CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have mailed by United States Postal Service the document to follow CM/ECF particpants at the address listed below: **None.**

4. I hereby certify that I have hand delivered the document to the following participants at the addresses listed below: **None.**


s/Thomas S. Linde
Thomas S. Linde, WSBA 14426

Schweet Rieke & Linde, PLLC
575 W. Michigan Street
Seattle, WA 98108
Telephone: (206) 275-1010
tomlinde@schweetlaw.com

CORPORATE DISCLOSURE STATEMENT- 3