1                           The Honorable Richard A. Jones

2   .

3

4

5

6

7              UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON

8                    AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company, | Case No. 2:12-cv-01503-RAJ |
| Plaintiff/ Counterclaim Defendant | |
| v. | DECLARATION OF AUSTIN K. SWEET IN SUPPORT OF 395 LAMPE'S MOTION TO DISMISS OR STAY |
| KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife, | **NOTE ON MOTION CALENDAR: OCTOBER 26, 2012** |
| Defendants/ Counterclaim Plaintiff's/ Third-Party Plaintiffs, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company, | |
| Third-Party Defendants. | |

DECLARATION OF AUSTIN K. SWEET     -1-
Case No. 2:12-cv-01503-RAJ

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

1     I, Austin K. Sweet, Esq., declare under penalty of perjury:

2     1.    That I am eighteen years of age or older and a resident of Washoe County,

3 Nevada.

4     2.    That I am an attorney with the Gunderson Law Firm and represent 395

5 Lampe, LLC, a Nevada limited liability company.

6     3.    I have personal knowledge of the matters stated in this declaration.

7     4.    Each of the exhibits attached to this declaration, filed in support of 395

8 Lampe's Motion to Dismiss or Stay, is a true and correct copy of the document it

9 purports to be, as maintained in our files and records in the regular course of business.

10     5.    All matters contained in this declaration are true and correct, except as to

11 those matters stated upon information and belief, and as to those matters I believe them to

12 be true and correct.

13     Executed at Reno, Nevada this 28th day of September, 2012.

                 AUSTIN K. SWEET

DECLARATION OF AUSTIN K. SWEET   -2-
Case No. 2:12-cv-01503-RAJ

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2012,

1.  I caused to be electronically filed the foregoing DECLARATION OF AUSTIN K. SWEET IN SUPPORT OF MOTION TO DISMISS OR STAY with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Paul E. Brain, Attorney for Plaintiff, Thomas Scott Linde, Attorney for Blackstone Corporation,**

2.  I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants at the address listed below: **None.**

3.  I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4.  I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None.**

*s/ Jody M. McCormick*
Jody M. McCormick, WSBA No. 26351
Attorneys for 395 Lampe, LLC
WITHERSPOON · KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265

DECLARATION OF AUSTIN K. SWEET        -3-
Case No. 2:12-cv-01503-RAJ

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265