The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company, | Case No. 2:12-cv-01503-RAJ |
| Plaintiff/<br>Counterclaim Defendant | PROPOSED ORDER GRANTING 395 LAMPE, LLC'S MOTION TO DISMISS OR STAY |
| v. | |
| KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife, | **NOTE ON MOTION CALENDAR: OCTOBER 26, 2012** |
| Defendants/<br>Counterclaim Plaintiff's/<br>Third-Party Plaintiffs, | **ORAL ARGUMENT REQUESTED** |
| v. | |
| WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company, | |
| Third-Party Defendants. | |

PROPOSED ORDER GRANTING
MOTION TO DISMISS OR STAY   -1-
Case No. 2:12-cv-01503-RAJ

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

395 Lampe LLC's Motion to Dismiss or Stay the causes of action contained in the Amended Answer, Affirmative Defenses and Counterclaim and Third-Party Complaint came for hearing before the Honorable Richard A. Jones, United States District Court Judge for the Western District of Washington

## I. HEARING & RECORD

**1.1**　**Date**:　The Court considered counsels' arguments on _____, 2012.

**1.2**　**Appearances**:

 a.　Plaintiff 395 Lampe, LLC appeared through its counsel of record: Witherspoon Kelley;

 b.　Defendants Kawish, LLC and Timothy L. Blixseth appeared through their counsel of record: Brain Law Firm;

 c.　Third-Party Defendant Overlook Partners, LLC appeared through _____:

 d.　Third Party Defendant _____ appeared through _____; and

 e.　None of the remaining Third-Party Defendants appeared.

**1.3**　**Record** :　The Court considered the following pleadings:

 a.　395 Lampe LLC's Motion to Dismiss or Stay;

 b.　The Declaration of Austin K. Sweet in Support of Motion to Dismiss;

 c.　_____; and

 d.　_____.

PROPOSED ORDER GRANTING MOTION TO DISMISS OR STAY   -2-   
Case No. 2:12-cv-01503-RAJ

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

## II.  FINDINGS OF FACT

The Court hereby FINDS that:

1. Kawish, LLC, and Timothy L. Blixseth contractually agreed to litigate any disputes over the Loan Documents under Nevada law and in Washoe County or Douglas County, Nevada;

2. A lawsuit which is capable of resolving the dispute between Timothy L. Blixseth and Wayne L. Prim, and their respective entities, is already pending in the State of Nevada;

3. The claims raised in the Amended Answer, Affirmative Defenses and Counterclaim and Third-Party Complaint do not arise out of the transaction or occurrence giving rise to this judicial foreclosure;

4. The Seventh Cause of Action contained in the Amended Answer, Affirmative Defenses and Counterclaim and Third-Party Complaint is currently moot due to the stay imposed by 11 USC 362;

5. The claims raised in the Amended Answer, Affirmative Defenses and Counterclaim and Third-Party Complaint against Overlook Partners, LLC are the subject of a lawsuit pending in Montana;

PROPOSED ORDER GRANTING
MOTION TO DISMISS OR STAY            -3-
Case No. 2:12-cv-01503-RAJ

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

**THE COURT, THEREFORE, ORDERS** that:

1. The first six causes of action alleged in the Amended Answer, Affirmative Defenses and Counterclaim and Third-Party Complaint are dismissed without prejudice to be litigated in the appropriate state or federal court located in the State of Nevada;

2. The seventh cause of action alleged in the Amended Answer, Affirmative Defenses and Counterclaim and Third-Party Complaint is dismissed as moot;

3. The eighth and ninth causes of action alleged in the Amended Answer, Affirmative Defenses and Counterclaim and Third-Party Complaint are dismissed without prejudice to be litigated as appropriate in the Montana Fifth Judicial District Court, Madison County, Case No. DV-29-2007-5, or, if inappropriate, to be re-filed after the conclusion of that case.

DONE this ___ day of September, 2012.

_____
Honorable Richard A. Jones
United States District Court Judge

Presented by:

**WITHERSPOON · KELLEY**

By: s/Jody M. McCormick
    Jody M. McCormick, WSBA No. 26351
    Attorneys for 395 Lampe, LLC
    422 West Riverside Avenue, Suite 1100
    Spokane, Washington 99201-0300
    Telephone: (509) 624-5265
    jmm@witherspoonkelley.com

PROPOSED ORDER GRANTING
MOTION TO DISMISS OR STAY      -4-
Case No. 2:12-cv-01503-RAJ

**WITHERSPOON · KELLEY**
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2012,

1. I caused to be electronically filed the foregoing PROPOSED ORDER GRANTING 395 LAMPE, LLC'S MOTION TO DISMISS OR STAY with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **Paul E. Brain, Attorney for Plaintiff, Thomas Scott Linde, Attorney for Blackstone Corporation**

2. I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None**.

_s/ Jody M. McCormick_
Jody M. McCormick, WSBA No. 26351
Attorneys for 395 Lampe, LLC
WITHERSPOON · KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265

PROPOSED ORDER GRANTING
MOTION TO DISMISS OR STAY   -5-
Case No. 2:12-cv-01503-RAJ

WITHERSPOON · KELLEY
422 WEST RIVERSIDE AVENUE, SUITE 1100
SPOKANE, WASHINGTON 99201-0302
(509) 624-5265