The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>     Plaintiff/<br>     Counterclaim Defendant,<br><br>v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife,<br><br>     Defendants/<br>     Counterclaim Plaintiffs/ Third-Party Plaintiffs,<br><br>v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>     Third-Party Defendants. | Case No. 2:12-cv-01503-RAJ<br><br>APPLICATION FOR LEAVE FOR MARK H. GUNDERSON TO APPEAR PRO HAC VICE |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, Mark H. Gunderson hereby applies for permission to participate as counsel in the above-entitled action on behalf of 395 Lampe, LLC.

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE – 1
87263-0001/LEGAL24851730.1
10/8/12

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

The particular need for my appearance and participation is: The Gunderson Law Firm is lead litigation counsel for 395 Lampe, LLC and its affiliates in various jurisdictions involving Kawish, LLC and affiliates of Tim Blixseth, Kawish, LLC's ultimate owner, and direct involvement is necessary to minimize costs and to ensure consistency among the various proceedings.

I, Mark H. Gunderson, understand that I am charged with knowing and complying with all applicable local rules; I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: October 11, 2012

**GUNDERSON LAW FIRM**

By: _/s/ Mark N. Gunderson_
Mark H. Gunderson, Nevada Bar No. 2134
MGunderson@gundersonlaw.com
3895 Warren Way
Reno, NV 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226

| | |
|---|---|
| Pro Hac Vice Attorney Applicant Name: | Mark H. Gunderson |
| Law Firm Name | Gunderson Law Firm |
| Street Address: | 3895 Warren Way |
| City / State / Zip: | Reno, Nevada 89509 |
| Phone Number: | (775) 829-1222 |
| Bar # / State: | 2134 / Nevada |
| Applicant Email Address: | mgunderson@gundersonlaw.com |
| Secondary Email Address | ascalia@gundersonlaw.com |

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE – 2
87263-0001/LEGAL24851730.1
10/8/12

STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant, Mark H. Gunderson, is unable to be present upon any date assigned by the court.

DATED: October 11, 2012          **PERKINS COIE LLP**

By: /s/ *Brian A. Jennings*
    Brian A. Jennings, WSBA No. 32509
    BJennings@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Creditor395 Lampe, LLC*

ELECTRONIC CASE FILING AGREEMENT

By submitting this form, the undersigned understands and agrees to the following:

1. The CM/ECF system is to be used for filing and reviewing electronic documents, docket sheets, and notices.

2. The password issued to you by the court, combined with your login, serves as your signature under Federal Rule of Civil Procedure 11. Therefore, you are responsible for protecting and securing this password against unauthorized use.

3. If you have any reason to suspect that your password has been compromised in any way, you are responsible for immediately notifying the court. Members of the court's systems staff will assess the risk and advise you accordingly.

4. By signing this Registration Form, you consent to receive notice electronically, and to waive your right to receive notice by personal service or first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), except with regard to service of a complaint and summons. This provision *does* include electronic notice of the entry of an order or judgment.

5. You will continue to access court information via the Western District of Washington's internet site or through the Public Access to Court Electronic Records (PACER) system. You will continue to need a PACER login, in addition to the court-issued password. You can register for PACER at their web site: http://pacer.psc.uscourts.gov.

6. By this registration, the undersigned agrees to abide by the rules and regulations in the most recent General Order, the Electronic Filing Procedures developed by the Clerk's Office, and any changes or additions that may be made to such administrative procedures in the future.

DATED: October 11, 2012

_____
Mark H. Gunderson, Nevada Bar No. 2134

APPLICATION FOR LEAVE TO
APPEAR PRO HAC VICE – 4
87263-0001/LEGAL24851730.1
10/8/12