The Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company, | Case No. 2:12-cv-01503-RAJ |
| Plaintiff/ Counterclaim Defendant, | |
| v. | CERTIFICATE OF SERVICE |
| KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife, | |
| Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, | |
| v. | |
| WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company, | |
| Third-Party Defendants. | |

I hereby certify that on October 12, 2012, I electronically filed *Notice of Appearance by Brian A. Jennings on Behalf of Plaintiff 395 Lampe LLC [Dkt 24]; Application for Leave for Mark H. Gunderson to Appear Pro Hac Vice for Plaintiff 395 Lampe LLC [Dkt 25] and*

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

87263-0001/LEGAL24906910.1

*Praecipe thereto [Dkt 29]; and Application for Leave for Austin K. Sweet to Appear Pro Hac Vice for Plaintiff 395 Lampe LLC [Dkt 26] and Praecipe thereto [Dkt 30]* with the Clerk of the Court using the CM/ECF system which system sent notification of such filing to the following:

    Jody M. McCormick, jmm@witherspoonkelley.com

    Paul Edward Brain, pbrain@paulbrainlaw.com

    Thomas Scott Linde, tomlinde@schweetlaw.com

DATED: October 15, 2012

**PERKINS COIE LLP**

By:  s/ *Brian A. Jennings*
    Brian A. Jennings, WSBA No. 32509
    BJennings@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

*Attorneys for Creditor 395 Lampe, LLC*

CERTIFICATE OF SERVICE – 2

87263-0001/LEGAL24906910.1