The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company, | |
| Plaintiff/ Counterclaim Defendant, | Case No. 2:12-cv-01503-RAJ |
| v. | CERTIFICATE OF SERVICE |
| KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife, | |
| Defendants/ Counterclaim Plaintiffs/ Third-Party Plaintiffs, | |
| v. | |
| WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company, | |
| Third-Party Defendants. | |

I hereby certify that on October 26, 2012, I electronically filed *395 Lampe's Reply in Support of Motion to Dismiss Or Stay [Docket 35]* with the Clerk of the Court using the CM/ECF system which system sent notification of such filing to the following:

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

87263-0001/LEGAL25027448.1

Austin K. Sweet, asweet@gundersonlaw.com

Jody M. McCormick, jmm@witherspoonkelley.com

Mark H. Gunderson, mgunderson@gundersonlaw.com

Paul Edward Brain, pbrain@paulbrainlaw.com

Thomas Scott Linde, tomlinde@schweetlaw.com


DATED:  October 29, 2012                    **PERKINS COIE LLP**

                                            By:   s/  *Brian A. Jennings*
                                                  Brian A. Jennings, WSBA No. 32509
                                                  BJennings@perkinscoie.com
                                            1201 Third Avenue, Suite 4900
                                            Seattle, WA  98101-3099
                                            Telephone:  206.359.8000
                                            Facsimile:  206.359.9000

                                            *Attorneys for Creditor395 Lampe, LLC*


CERTIFICATE OF SERVICE – 2

87263-0001/LEGAL25027448.1