The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>　　　　Plaintiff/<br>　　　　Counterclaim Defendant<br><br>v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife,<br><br>　　　　Defendants/<br>　　　　Counterclaim Plaintiff's/<br>　　　　Third-Party Plaintiffs,<br><br>v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>　　　　Third-Party Defendants. | Case No. 2:12-cv-01503-RAJ<br><br><br>MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 14, 2012** |

MOTION FOR LEAVE TO WITHDRAW
AND SUBSTITUTE COUNSEL
PAGE -1
Case No. 2:12-cv-01503-RAJ

**WITHERSPOON · KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100　　Phone: 509.624.5265
Spokane, Washington 99201-0300　　　　Fax: 509.458.2728

Witherspoon Kelly moves the Court, pursuant to Local Rule GR 2(g)(2), for leave to withdraw as counsel of record for Plaintiff 395 Lampe, LLC ("395 Lampe").

On October 25, 2012, Witherspoon Kelley informed Mark Gunderson and Austin Sweet, Nevada counsel for 395 Lampe, of its intent to seek leave of court to withdraw as counsel of record. Declaration of Jody M. McCormick (the "McCormick Decl.") ¶ 5.

Under Washington's Rules of Professional Conduct ("RPC"), an attorney may withdraw from representation of a client for any reason if "withdrawal can be accomplished without material adverse effect on the interests of the client[.]" RPC 1.16(b)(1). Under this Court's Local Rule GR 2(g)(4)(A), moreover, counsel "will ordinarily be permitted to withdraw until sixty days before the discovery cut off date in a civil case." This rule thus reflects a presumption of no prejudice when withdrawal is more than 60 days before the discovery cutoff. Here, no discovery cutoff nor trial dates have been set.

Witherspoon Kelley's withdrawal will have no adverse impact on 395 Lampe. Other counsel, Alan D. Smith and Brian A. Jennings of Perkins Coie LLP, have previously appeared as additional counsel on behalf of 395 Lampe and have agreed to be substituted as counsel for 395 Lampe. McCormick Decl. ¶¶ 4, 5. In addition, Mark Gunderson and Austin Sweet, of the Gunderson Law Firm of Reno, Nevada, lead litigation counsel for 395 Lampe and its affiliates in various jurisdictions involving Kawish, LLC and affiliates of Timothy L. Blixseth, have been admitted *pro hac vice* in this matter as counsel for 395 Lampe.

MOTION FOR LEAVE TO WITHDRAW
AND SUBSTITUTE COUNSEL
PAGE -2
Case No. 2:12-cv-01503-RAJ



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728

The interests of 395 Lampe have been and will continue to be represented by able counsel. Accordingly, there will be no prejudice as a result of Witherspoon Kelley's withdrawal, and Witherspoon Kelley's motion for leave to withdraw should be granted.

1. **FORMER COUNSEL:**

   Jody M. McCormick, WSBA #26351
   Witherspoon Kelley
   422 W. Riverside Ave., Suite 1100
   Spokane, WA 99201-0300

2. **SUBSTITUTED COUNSEL:**

   Alan D. Smith, WSBA #24964
   Brian A. Jennings, WSB #32509
   Perkins Coie LLP
   1201 Third Avenue, Suite 4900
   Seattle, WA 98101-3099

Submitted this 26th day of November, 2012.

                                        **WITHERSPOON • KELLEY**

                                        *s/Jody M. McCormick*
                                        Jody M. McCormick, WSBA No. 26351
                                        422 West Riverside Avenue, Suite 1100
                                        Spokane, Washington 99201-0300
                                        Telephone: (509) 624-5265
                                        jmm@witherspoonkelley.com
                                        *Attorneys for 395 Lampe, LLC*

MOTION FOR LEAVE TO WITHDRAW
AND SUBSTITUTE COUNSEL
PAGE -3
Case No. 2:12-cv-01503-RAJ



WITHERSPOON • KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100     Phone: 509.624.5265
Spokane, Washington 99201-0300          Fax: 509.458.2728

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2012,

1.  I caused to be electronically filed the foregoing MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **All CM/ECF participants.**

2.  I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants at the address listed below: **None.**

3.  I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4.  I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None**.

<u>*s/ Jody M. McCormick*</u>
Jody M. McCormick, WSBA No. 26351
WITHERSPOON · KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265
*Attorneys for 395 Lampe, LLC*

MOTION FOR LEAVE TO WITHDRAW
AND SUBSTITUTE COUNSEL
PAGE -4
Case No. 2:12-cv-01503-RAJ



422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300       Fax: 509.458.2728