The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>    Plaintiff/<br>    Counterclaim Defendant<br><br>v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife,<br><br>    Defendants/<br>    Counterclaim Plaintiff's/<br>    Third-Party Plaintiffs,<br><br>v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>    Third-Party Defendants. | Case No. 2:12-cv-01503-RAJ<br><br>[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 14, 2012** |

PROPOSED ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL
PAGE -1
Case No. 2:12-cv-01503-RAJ

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300   Fax: 509.458.2728

1  The Court having considered Witherspoon Kelley's motion for leave to withdraw
2  as counsel of record for Plaintiff 395 Lampe, LLC ("395 Lampe"), and finding that
3  Plaintiff 395 Lampe will not be prejudiced or suffer material adverse effect from such
4  withdrawal; Plaintiff 395 Lampe having substitute counsel Alan D. Smith and Brian A.
5  Jennings of Perkins Coie LLP; and substitute counsel having previously entered an
6  appearance as for Plaintiff 395 Lampe; it is hereby
7
8  ORDERED that Witherspoon Kelley's motion for leave to withdraw be, and the
9  same hereby is, GRANTED; and it is further
10
11  ORDERED that the Clerk of the Court and all parties shall remove Witherspoon
12  Kelley, including the attorney Jody M. McCormick, from the service lists associated with
13  this action, including the CM/ECF service list.
14  DATED this _____ day of November, 2012.
15
16
17                                         RICHARD A. JONES
                                           United States District Judge
18
19  Presented by:
20
21   /s/ Jody M. McCormick
    Jody M. McCormick, WSBA #26351
22  WITHERSPOON KELLEY
    422 W. Riverside Ave., Suite 1100
23  Spokane, WA 99201-0300
    Phone: 509-624-5265
24  Fax: 509-458-2717
25  jmm@witherspoonkelley.com
    *Attorneys for Plaintiff 395 Lampe, LLC*
26
27  PROPOSED ORDER GRANTING MOTION
    FOR LEAVE TO WITHDRAW AND
    SUBSTITUTE COUNSEL
28  PAGE -2
    Case No. 2:12-cv-01503-RAJ

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
Spokane, Washington 99201-0300        Fax: 509.458.2728

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of November, 2012,

1. I caused to be electronically filed the foregoing PROPOSED ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **All CM/ECF participants.**

2. I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None**.

       *s/ Jody M. McCormick*
       Jody M. McCormick, WSBA No. 26351
       WITHERSPOON · KELLEY
       422 W. Riverside Ave., Suite 1100
       Spokane, WA 99201-0300
       Phone: 509-624-5265
       *Attorneys for 395 Lampe, LLC*

PROPOSED ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL
PAGE -3
Case No. 2:12-cv-01503-RAJ



WITHERSPOON · KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100 Phone: 509.624.5265
Spokane, Washington 99201-0300 Fax: 509.458.2728