The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>Plaintiff/<br>Counterclaim Defendant<br><br>v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife,<br><br>Defendants/<br>Counterclaim Plaintiff's/<br>Third-Party Plaintiffs,<br><br>v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>Third-Party Defendants. | Case No. 2:12-cv-01503-RAJ<br><br>DECLARATION OF JODY M. MCCORMICK IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL<br><br>**NOTE ON MOTION CALENDAR:**<br>**December 14, 2012** |

DECLARATION OF JODY M. MCCOMRICK
PAGE -1
Case No. 2:12-cv-01503-RAJ

**WK WITHERSPOON·KELLEY**
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

I, Jody M. McCormick, declare under penalty of perjury:

1. I am eighteen years of age or older and a resident of Spokane, Washington.

2. I am an attorney with the Witherspoon Kelley law firm and currently represent Plaintiff 395 Lampe, LLC ("395 Lampe"), a Nevada limited liability company, in this matter.

3. I have personal knowledge of the matters stated in this declaration.

4. On October 12, 2012, Brian A. Jennings and Perkins Coie LLP appeared as additional counsel in this matter [Docket No. 24].

5. On October 25, 2012, I informed Mark Gunderson and Austin Sweet, Nevada counsel for 395 Lampe, of Witherspoon Kelley's intent to withdraw from representation of 395 Lampe. On the same date, Perkins Coie LLP agreed to be substituted as counsel for 395 Lampe.

6. I declare under penalty of perjury that I have read this statement and to the best of my knowledge it is true.

Executed in Spokane, Washington, this 26th day of November, 2012

_____
JODY M. MCCORMICK

DECLARATION OF JODY M. MCCOMRICK
PAGE -2
Case No. 2:12-cv-01503-RAJ



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300         Fax: 509.458.2728

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of November, 2012,

1. I caused to be electronically filed the foregoing DECLARATION OF JODY M. MCCORMICK IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE COUNSEL with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: **All CM/ECF participants.**

2. I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants at the address listed below: **None.**

3. I hereby certify that I have mailed by United States Postal Service the document to the following CM/ECF participants at the address listed below: **None.**

4. I hereby certify that I have hand-delivered the document to the following participants at the addresses listed below: **None.**

*s/ Jody M. McCormick*
Jody M. McCormick, WSBA No. 26351
WITHERSPOON · KELLEY
422 W. Riverside Ave., Suite 1100
Spokane, WA 99201-0300
Phone: 509-624-5265
*Attorneys for 395 Lampe, LLC*

DECLARATION OF JODY M. MCCOMRICK
PAGE -3
Case No. 2:12-cv-01503-RAJ



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728