# EXHIBIT 1

## Order Directing Delivery of Bond

MOTION FOR PARTIAL SURRENDER
OF INJUNCTION BOND (2:12-cv-01503-RAJ)    -7-

GUNDERSON LAW FIRM
3895 Warren Way
Reno, Nevada 89511
(775) 829-1222

87263-0001/LEGAL25245012.2
11/28/12

The Honorable Jim Rogers

No Envelopes Provided

FILED
KING COUNTY WASHINGTON
OCT 29 2012
SUPERIOR COURT CLERK
BY DAVID J. ROBERTS
DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>Plaintiff/Counter Defendant,<br><br>v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife,<br><br>Defendants/Counterclaim Plaintiffs/Third-Party Plaintiffs,<br><br>v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>Third-Party Defendants. | Case No. 12-2-16763-0 SEA<br><br>[PROPOSED] ORDER DIRECTING DELIVERY OF BOND |

395 Lampe, LLC's Motion for Partial Surrender of Injunction Bond came for hearing before the Honorable Jim Roger, Superior Court Judge.

PROPOSED ORDER DIRECTING
DELIVERY OF BOND- 1


WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100    Phone: 509.624.5265
Spokane, Washington 99201-0300    Fax: 509.458.2728

## I. HEARING & RECORD

1.1 **Date:** The Court considered counsels' arguments on October 9, 2012.

1.2 **Appearances:** The matter was heard without oral argument.

1.3 **Record:** The Court considered the following pleadings:

a. 395 Lampe, LLC's Motion for Partial Surrender of Injunction Bond;

b. The Declaration of Austin K. Sweet in Support of Motion for Partial Surrender of Injunction Bond;

c. The Affidavit of Jody M. McCormick Regarding Attorneys' Fees;

d. Kawish, LLC's Response and factual materials; and

e. 395 Lampe, LLC's Reply and factual materials.

## II. FINDINGS OF FACT

The Court hereby FINDS that:

1. Overlook Partners, LLC wrongfully sought and obtained a temporary restraining order restraining 395 Lampe, LLC from completing the non-judicial foreclosure of the real property located in the State of Montana commonly referred to as the "Overlook Lots."

2. Overlook Partners, LLC posted a bond in the amount of $25,000.00 (the "Bond") as a condition to restraint of the foreclosure sale.

3. This matter was removed to the United States District Court for the Western District of Washington (the "District Court").

4. Due to the removal, the District Court has jurisdiction over the Bond.

PROPOSED ORDER DIRECTING
DELIVERY OF BOND- 2



WITHERSPOON·KELLEY
Attorneys & Counselors
422 W. Riverside Avenue, Suite 1100      Phone: 509.624.5265
Spokane, Washington 99201-0300            Fax: 509.458.2728

1     **THE COURT, THEREFORE, ORDERS** that the Clerk of the Court is hereby
2 directed to pay funds representing the Bond out of the court registry to the Clerk of the
3 District Court for adjudication by the District Court.
4     DONE this 2̲7̲ day of October, 2012.

                                            HONORABLE JIM ROGERS
                                            Superior Court Judge

Presented by:

**GUNDERSON LAW FIRM**

By: _____
    Mark H. Gunderson, Esq.
    Austin K. Sweet, Esq.
    Attorneys for 395 Lampe, LLC
    Appearing Pro Hac Vice

**WITHERSPOON · KELLEY**

By: _____
    Jody M. McCormick, WSBA No. 26351
    Local Counsel for 395 Lampe, LLC

Approved as to form, presentment waived:

**BRAIN LAW FIRM**

By: _____notee gwen_____
    Paul E. Brain, WSBA No. 13438
    Counsel for Kawish, LLC

PROPOSED ORDER DIRECTING
DELIVERY OF BOND- 3

                                            **WITHERSPOON·KELLEY**
                                            Attorneys & Counselors
                            422 W. Riverside Avenue, Suite 1100   Phone: 509.624.5265
                            Spokane, Washington 99201-0300     Fax: 509.458.2728

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that on October 22, 2012, I caused to be served, via US Mail, postage pre-paid, a true and correct copy of the foregoing document to the parties below:

| Paul E. Brain | David S. Kerruish | Mark Gunderson | Austin K. Sweet |
|---|---|---|---|
| Brain Law Firm | 7016 35th Ave NE | Gunderson Law Firm | Gunderson Law Firm |
| 1119 Pacific Avenue, Suite 1200 | Seattle, WA 98115 | 3855 Warren Way | 3855 Warren Way |
| Tacoma, WA 98412 | | Reno, NV 89509 | Reno, NV 89509 |

I also certify I caused true and correct courtesy copies to be served via email to the following parties:

| | |
|---|---|
| Paul E. Brain: | pbrain@paulbrainlaw.com; jdavenport@paulbrainlaw.com |
| David S. Kerruish: | david@kerruish.us; david@kerruishlaw.com |
| Mark Gunderson: | mgunderson@gundersonlaw.com; kgunderson@gundersonlaw.com, ascalia@gundersonlaw.com |
| Austin K. Sweet: | asweet@gundersonlaw.com |
| Tom Linde: | tomlinde@schweetlaw.com; maureenf@schweetlaw.com |

_/s/ Kate_
KATE LARA

PROPOSED ORDER DIRECTING
DELIVERY OF BOND- 4



WITHERSPOON·KELLEY
Attorneys & Counselors

422 W. Riverside Avenue, Suite 1100
Spokane, Washington 99201-0300

Phone: 509.624.5265
Fax: 509.458.2728

MOTION FOR PARTIAL SURRENDER
OF INJUNCTION BOND (2:12-cv-01503-RAJ)   -11-