The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>    Plaintiff/<br>    Counterclaim Defendant,<br><br>    v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife,<br><br>    Defendants/<br>    Counterclaim Plaintiffs/ Third-Party<br>    Plaintiffs,<br><br>    v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>    Third Party Defendants. | Case No. 2:12-cv-01503-RAJ<br><br>CERTIFICATE OF SERVICE |

I hereby certify that on December 14, 2012, I electronically filed 395 Lampe's *Reply In Support Of Motion For Partial Surrender Of Injunction Bond* with the Clerk of the Court using the CM/ECF system which system sent notification of such filing to the following:

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

87263-0001/LEGAL25383354.1

Austin K. Sweet, asweet@gundersonlaw.com

Jody M. McCormick, jmm@witherspoonkelley.com

Mark H. Gunderson, mgunderson@gundersonlaw.com

Paul Edward Brain, pbrain@paulbrainlaw.com

Thomas Scott Linde, tomlinde@schweetlaw.com

Additionally, I certify that the following non CM/ECF participants were served as indicated:

1. via first-class mail, postage prepaid at Seattle, by the United States Postal Service on:

   David S. Kerruish
   7016 35th Ave NE
   Seattle, WA  98115-5917

2. via hand delivery to:

   Donald A. Bailey
   Shafer Bailey
   1218 3rd Avenue, Suite 1808
   Seattle, WA  98101

3. via email on Donald Bailey, donald.bailey@shaferbailey.com

DATED: December 14, 2012

**PERKINS COIE LLP**

By: s/ *Brian A. Jennings*
Brian A. Jennings, WSBA No. 32509
BJennings@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Creditor395 Lampe, LLC*

CERTIFICATE OF SERVICE – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

87263-0001/LEGAL25383354.1