The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, a Nevada limited liability company,<br><br>        Plaintiff/<br>        Counterclaim Defendant,<br><br>   v.<br><br>KAWISH, LLC, a Washington limited liability company; and TIMOTHY L. BLIXSETH and JANE DOE BLIXSETH, husband and wife,<br><br>        Defendants/<br>        Counterclaim Plaintiffs/ Third-Party Plaintiffs,<br><br>   v.<br><br>WAYNE L. PRIM, an individual residing in Nevada; THE BLACKSTONE CORPORATION, a Washington corporation; PRIM 1988 REVOCABLE TRUST, a private trust; and OVERLOOK PARTNERS, LLC, a Washington limited liability company,<br><br>        Third-Party Defendants. | Case No. 2:12-cv-01503-RAJ<br><br>NOTICE OF APPEARANCE ON BEHALF OF 395 LAMPE, LLC |

**TO:**    All Parties and Their Counsel of Record

      PLEASE TAKE NOTICE of the appearance in this litigation of the undersigned as additional counsel on behalf of Plaintiff 395 Lampe, LLC.  Copies of all documents and

NOTICE OF APPEARANCE – 1

87263-0001/LEGAL24852978.2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

DATED:  April 8th, 2013

**PERKINS COIE LLP**

By: */s/ Alan D. Smith*
    Alan D. Smith, WSBA No. 24964
    ADSmith@ @perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for Creditor 395 Lampe, LLC*

NOTICE OF APPEARANCE – 2

87263-0001/LEGAL24852978.2