HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, et al.,<br><br>　　　　Plaintiffs, Counterclaim Defendants,<br><br>　　v.<br><br>KAWISH, LLC, et al.,<br><br>　　　　Defendants, Counterclaim Plaintiffs, Third-Party Plaintiffs,<br><br>　　v.<br><br>WAYNE L. PRIM, et al.,<br><br>　　　　Third-Party Defendants. | CASE NO. C12-1503RAJ<br><br>ORDER |

　　　　Having reviewed the parties' joint statement (Dkt. # 69), the court is satisfied that the parties have appropriately consolidated their disputes in this forum.  The court notes that its review of the docket in the Nevada bankruptcy action demonstrates that the court granted relief from the automatic stay on May 28, but the parties did not notify the court of that decision.  The court emphasizes that the parties must update this court on decisions that impact this action.

　　　　The joint statement identifies five issues that are ripe for consideration in this case.  The parties' sole proposal for resolving them, however, is the suggestion that the court hold an evidentiary hearing on one of those issues.

ORDER – 1

The purpose of the joint statement was to demonstrate that the parties had ceased their apparent efforts to raise their claims in multiple forums.  The joint statement serves that purpose.  The parties must now explain how they will resolve the disputes they have brought here.  To that end, the court directs the parties to provide a joint status report no later than July 12 in accordance with Local Rules W.D. Wash. LCR 16(a)(2).

The parties shall tailor their joint status report to explain precisely how the propose to resolve the issues they have raised, whether by way of dispositive motion, a "trial on the papers" procedure, by evidentiary hearing, or otherwise.

The court informs the parties that it is currently presiding over a criminal trial that is expected to last through August 9, with a civil trial set to begin immediately thereafter.  If the parties believe an evidentiary hearing is appropriate, they should expect that it is highly unlikely to occur until late summer at the earliest.  The court does not presently have time to conduct an in-court status conference, and thus strongly advises that the parties use their joint status report to thoroughly and specifically explain their plan for resolving this action.

DATED this 25th day of June, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2