HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| 395 LAMPE, LLC, et al.,<br><br>    Plaintiffs, Counterclaim Defendants,<br><br>    v.<br><br>KAWISH, LLC, et al.,<br><br>    Defendants, Counterclaim Plaintiffs, Third-Party Plaintiffs,<br><br>    v.<br><br>WAYNE L. PRIM, et al.,<br><br>    Third-Party Defendants. | CASE NO. C12-1503RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

The court directs the clerk to TERMINATE Plaintiffs' motion to exclude undisclosed witnesses. Dkt. # 79. The motion is not among those listed in Local Rule 7(e)(3), and it is not a motion in limine in accordance with Local Rule 7(e)(5).[1] It is thus an "other motion" noted under Local Rule 7(d)(3), and may not exceed 12 pages. Local Rules W.D. Wash. LCR 7(e)(4).

---

[1] Plaintiffs did not designate their motion as a motion in limine, and the motion itself declares Plaintiffs' intent to bring a later in limine motion. Court rules permit a party to bring only a single motion in limine. *See* Local Rules W.D. Wash. LCR 7(d)(4).

MINUTE ORDER – 1

1 | Plaintiffs' motion is 19 pages long.  The court accordingly strikes it, without
2 | prejudice to raising the same subject matter in a motion of proper length.
3 | Dated this 18th day of November, 2013.

<u>WILLIAM M. MCCOOL</u>
Clerk

<u>s/Consuelo Ledesma</u>
Deputy Clerk

MINUTE ORDER – 2