HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

395 LAMPE, LLC, et al.

    Plaintiffs, Counterclaim Defendants,

v.

KAWISH, LLC, et al.,

    Defendants, Counterclaim Plaintiffs, Third-Party Plaintiffs,

v.

WAYNE L. PRIM, et al.,

    Third-Party Defendants.

CASE NO. C12-1503RAJ

ORDER

The court DENIES the Blixseth Entities' motion for an order mandating that the parties attend mediation. Dkt. # 157.

DATED this 27th day of August, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1