HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

395 LAMPE, LLC, et al.

    Plaintiffs, Counterclaim Defendants,

v.

KAWISH, LLC, et al.,

    Defendants, Counterclaim Plaintiffs, Third-Party Plaintiffs,

v.

WAYNE L. PRIM, et al.,

    Third-Party Defendants.

CASE NO. C12-1503RAJ

ORDER

The Parties[1] filed a Stipulated Motion to Correct Order Dismissing Certain Claims Without Prejudice with the Court on July 31, 2015.  Dkt. # 202.  Good cause appearing, the Court hereby **GRANTS** the Parties' Stipulated Motion.

    **IT IS HEREBY ORDERED THAT** the Court's July 22, 2015 Order (Dkt. # 201) is modified as follows:

---

[1] The Parties in this matter are Plaintiffs and Counterclaim Defendants 395 Lampe, LLC, Prim 1988 Recovable Trust, and Edgewood Commercial Village, LLC, Third-Party Defendant Wayne L. Prim (collectively, the "Prim Entities"), Defendants Jessica Blixseth and Desert Ranch, LLLP, and Defendants, Counterclaim Plaintiffs, and Third-Party Plaintiffs Kawish, LLC and Timothy L. Blixseth.

ORDER – 1

Only the portion of the Prim Entities' Sixth Claim for Relief, contained in their Second Amended Complaint, seeking relief upon Timothy L. Blixseth's personal guaranty of Kawish Note III is dismissed without prejudice.  The remaining portion of the Prim Entities' Sixth Claim for Relief seeking relief upon Timothy L. Blixseth's personal guaranty of Kawish Note II remains a part of this action and is subject to the summary judgment schedule outlined in the Order.

DATED this 14th day of August, 2015.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2